**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Leanna Brown <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 14-19456 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC as Servicer for Wells Fargo Bank N.A., as Trustee for Delta Funding Corporation, Home Equity Loan Asset-Backed Certificates, Series 2000-4, and index same on the master mailing list.

                                              Respectfully submitted,

                                              **<u>/s/ Matteo S. Weiner, Esquire</u>**
                                              Matteo S. Weiner, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322 FAX (215) 627-7734