# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | : |
| Leanna Brown | : CHAPTER 13 |
|     Debtor | : |
|  | : |
| Wells Fargo Bank, N.A. | : |
|     Movant | : BANKRUPTCY NO.: 14-19456-jkf |
|  | : |
| v. | : |
| Leanna Brown | : |
|     Debtor | : |
|  | : |
| William C. Miller | : |
|     Trustee | : |

## DEBTOR'S OBJECTION TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER § 362(d)

Debtor, by her attorney, Erik B. Jensen, Esq. by way of answer to Movant's motion, respectfully represent that:

1.- 5.    Admitted.

6-10.    Denied. Movant states a conclusion of law to which no response is required. To the extent that any response is required, Debtor seeks to cure any default in a modified plan post confirmation.

WHEREFORE, Debtor prays that Movant's request be denied.

Date: May 30, 2017        Respectfully submitted,

                                          /S/ Erik B. Jensen
                                          Erik B. Jensen, Esq.