**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                : Chapter 13
                                                              :
Leanna Brown                                  : Bankruptcy No. 14-19456-jkf

## CERTIFICATION OF NO OBJECTION TO MOTION TO MODIFY PLAN POST CONFIRMATION

I, Erik B. Jensen, Esq, Counsel for Debtor(s) in the above matter, do hereby certify that no response to the MOTION TO MODIFY PLAN POST CONFIRMATION has been served upon me.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion, a copy of which was attached thereto.

                                                                        Respectfully submitted,

DATE: June 20, 2017                                /s/ Erik B. Jensen, Esq
                                                                        Erik B. Jensen, P.C.
                                                                        Attorney for the Debtor
                                                                        1528 Walnut Street, Suite 1401
                                                                        Philadelphia, PA 19102
                                                                        215-546-4700