### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Leanna Brown | : | |
| Debtor | : | BANKRUPTCY NO.: 14-19456-jkf |

### **O R D E R**

**AND NOW,** this _____ day of _____ 2017, upon consideration of the Debtor's Motion to Modify Plan Post Confirmation, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the confirmed Chapter 13 Plan of debtor is hereby modified as set forth in the attached Plan, and such Modified Plan is hereby confirmed.

BY THE COURT·

_____
Hon. Jean K. Fitzsimon
U.S. BANKRUPTCY JUDGE

**Date: June 22, 2017**

cc:

William C. Miller
PO Box 1799
Memphis, TN 38101-0680

Erik B. Jensen, Esquire
1528 Walnut Street
Suite 1401
Philadelphia, PA  19102

U.S Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19106

Leanna Brown
6601 N. 13th Street
Philadelphia, PA 19126