United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Leanna Brown  
    Debtor

Case No. 14-19456-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Antoinett      Page 1 of 2      Date Rcvd: Jun 22, 2017  
                      Form ID: pdf900      Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
```
db             #+Leanna Brown,    6601 N. 13th Street,    Philadelphia, PA 19126-3208
cr             ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: NATIONSTAR MORTGAGE, LLC.,    PO Box 619096,
                 Dallas, TX  75261-9741)
13433036       ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3485
                 (address filed with court: CACH , LLC,    370 17th St,    Denver, CO  80202)
13433038        +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
13433039        +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
13433040        +Erik B. Jensen P.C.,    1528 Walnut Street,    Suite 1401,    Philadelphia, PA 19102-3610
13885178        +Nationstar Mortgage LLC,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13433044        +Philadelphia Gas Works,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2898
13502612        +Wells Fargo Bank, NA,    c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                 Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jun 23 2017 01:08:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 23 2017 01:07:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 23 2017 01:08:07     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 23 2017 01:08:01     Jefferson Capital Systems LLC,
                 PO Box 7999,    St Cloud, MN  56302-9617
cr              E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2017 01:05:38     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13440225       +E-mail/Text: ebn@squaretwofinancial.com Jun 23 2017 01:08:06     CACH, LLC,
                 4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
13494495       +E-mail/Text: bankruptcy@phila.gov Jun 23 2017 01:08:16
                 CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13433037       +E-mail/Text: ebn@squaretwofinancial.com Jun 23 2017 01:08:06     Cach Llc/Square Two Financial,
                 Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
13482848        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 23 2017 01:08:01     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13433041       +E-mail/Text: csd1clientservices@cboflanc.com Jun 23 2017 01:08:38     Lancaster Collections,
                 Credit Bureau of Lancaster County,    PO Box 1271,    Lancaster, PA 17608-1271
13433042       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 23 2017 01:07:54     Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13450559        E-mail/PDF: gecsedi@recoverycorp.com Jun 23 2017 01:05:38     Synchrony Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13526691       +E-mail/Text: bncmail@w-legal.com Jun 23 2017 01:07:58     Wells Fargo Bank N.A.,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wells Fargo Bank, NA,    c/o: Nationstar Mortgage, LLC,    P.O. Box 619096,
                 Dallas, TX 75261-9096
13433043*      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Jun 22, 2017
                               Form ID: pdf900              Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Leanna  Brown john@erikjensenlaw.com,
               regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee for Delta
               Funding Corporation, Home Equity Loan Asset-Backed Certificates, Series 2000-4
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Leanna Brown | : | |
| Debtor | : | BANKRUPTCY NO.: 14-19456-jkf |

### O R D E R

**AND NOW,** this _____ day of _____ 2017, upon consideration of the Debtor's Motion to Modify Plan Post Confirmation, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the confirmed Chapter 13 Plan of debtor is hereby modified as set forth in the attached Plan, and such Modified Plan is hereby confirmed.

BY THE COURT:

_____
Hon. Jean K. Fitzsimon
U.S. BANKRUPTCY JUDGE

**Date: June 22, 2017**

cc:

William C. Miller
PO Box 1799
Memphis, TN 38101-0680

Erik B. Jensen, Esquire
1528 Walnut Street
Suite 1401
Philadelphia, PA  19102

U.S Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19106

Leanna Brown
6601 N. 13th Street
Philadelphia, PA 19126