**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Leanna Brown

    Debtor(s).

13

Bky No. 14-19456

**ORDER**

AND NOW, this 3rd day of July 2017, upon consideration of **SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

ORDERED that counsel fees in the amount $600.00 are allowed and ~~maybe~~ [may be] paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

CC:    **Law Offices of Erik B. Jensen, P.C.**
       **ERIK B. JENSEN, ESQUIRE**
       **1528 Walnut Street**
       **Suite 1401**
       **Philadelphia, PA  19102**

       William C. Miller, Esquire
       Chapter 13 Trustee
       Post Office Box 40119
       Philadelphia, PA 19106

       Leanna Brown
       6601 N. 13th St.
       Philadelphia, PA 19126