United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 14-19456-jkf
Leanna Brown Chapter 13
 Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Antoinett Page 1 of 1 Date Rcvd: Jul 05, 2017
 Form ID: pdf900 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2017.
db #+Leanna Brown,    6601 N. 13th Street,    Philadelphia, PA 19126-3208

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2017 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2017 at the address(es) listed below:
 ERIK B. JENSEN    on behalf of Debtor Leanna  Brown john@erikjensenlaw.com,
  regina@erikjensenlaw.com;mjmecf@gmail.com;gilberto@erikjensenlaw.com
 MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee for Delta
  Funding Corporation, Home Equity Loan Asset-Backed Certificates, Series 2000-4
  bkgroup@kmllawgroup.com
 MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
 THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association Et Al...
  tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
 United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
 WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
 TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

In Re:

Leanna Brown

13

Bky No. 14-19456

Debtor(s).

**ORDER**

**AND NOW,** this 3rd day of July 2017, upon consideration of **SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN** submitted by Erik B. Jensen P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $600.00 are allowed and ~~maybe~~ may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

**CC:    Law Offices of Erik B. Jensen, P.C.
ERIK B. JENSEN, ESQUIRE
1528 Walnut Street
Suite 1401
Philadelphia, PA  19102**

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Leanna Brown
6601 N. 13th St.
Philadelphia, PA 19126