# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 14-19456-AMC

LEANNA BROWN

6601 N. 13TH STREET

PHILADELPHIA, PA 19126

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LEANNA BROWN

6601 N. 13TH STREET

PHILADELPHIA, PA 19126

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

/S/ William C. Miller

Date: 1/30/2018

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee