United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Leanna Brown  
    Debtor

Case No. 14-19456-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 2     Date Rcvd: Jul 17, 2018  
                       Form ID: pdf900     Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
```
db          #+Leanna Brown,   6601 N. 13th Street,   Philadelphia, PA 19126-3208
cr          ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: NATIONSTAR MORTGAGE, LLC.,   PO Box 619096,
              Dallas, TX  75261-9741)
13433038    +Commonwealth Financial,   245 Main St,   Dickson City, PA 18519-1641
13433039    +Credit Acceptance,   Attn: Bankruptcy Dept,   25505 West 12 Mile Rd Ste 3000,
              Southfield, MI 48034-8331
13433040    +Erik B. Jensen P.C.,   1528 Walnut Street,   Suite 1401,   Philadelphia, PA 19102-3610
13885178    +Nationstar Mortgage LLC,   c/o Matteo S. Weiner, Esq.,   KML Law Group PC,
              701 Market St., Ste. 5000,   Phila., PA 19106-1541
13433044    +Philadelphia Gas Works,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2898
13968668    +Wells Fargo Bank N.A.,   c/o Nationstar Mortgage, LLC,   ATTN: Bankruptcy Department,
              P.O. Box 619096,   Dallas, TX 75261-9096
13502612    +Wells Fargo Bank, NA,   c/o: Nationstar Mortgage, LLC,   P.O. Box 619096,
              Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:55     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:35
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2018 02:16:51     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2018 02:16:47     Jefferson Capital Systems LLC,
              PO Box 7999,   St Cloud, MN  56302-9617
cr           E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2018 02:16:00     Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13433036    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:15:50     CACH , LLC,
              370 17th St,   Denver, CO 80202-1370
13440225     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:15:36     CACH, LLC,
              PO BOX 10587,   Greenville, SC 29603-0587
13494495    +E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:55
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   MUNICIPAL SERVICES BUILDING,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13433037    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2018 02:15:36
              Cach Llc/Square Two Financial,   Attention: Bankruptcy,   4340 South Monaco St.  2nd Floor,
              Denver, CO 80237-3485
13482848     E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2018 02:16:47     Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
13433041    +E-mail/Text: csd1clientservices@cboflanc.com Jul 18 2018 02:17:03     Lancaster Collections,
              Credit Bureau of Lancaster County,   PO Box 1271,   Lancaster, PA 17608-1271
13433042    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2018 02:16:43     Midland Funding,
              8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13450559     E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2018 02:15:46     Synchrony Bank,
              c/o Recovery Management Systems Corp.,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13526691    +E-mail/Text: bncmail@w-legal.com Jul 18 2018 02:16:46     Wells Fargo Bank N.A.,
              C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           CACH, LLC,   PO Box 10587,   Greenville, SC  29603-0587
cr*          +Wells Fargo Bank, NA,   c/o: Nationstar Mortgage, LLC,   P.O. Box 619096,
              Dallas, TX 75261-9096
13433043*    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Dr,
              Lewisville, TX 75067)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: PaulP              Page 2 of 2                   Date Rcvd: Jul 17, 2018
                              Form ID: pdf900          Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Leanna  Brown akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN M. BUTTERY    on behalf of Creditor    Wells Fargo Bank, NA bkyefile@rasflaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wells Fargo Bank N.A., as Trustee for Delta
               Funding Corporation, Home Equity Loan Asset-Backed Certificates, Series 2000-4
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LEANNA BROWN                                   Chapter 13

                        Debtor              Bankruptcy No. 14-19456-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___17th___ day of ___July___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ERIK B JENSEN, ESQ.
JENSEN BAGNATO, P.C.
1500 WALNUT ST., STE 1920
PHILA, PA 19102-


Debtor:
LEANNA BROWN

6601 N. 13TH STREET

PHILADELPHIA, PA 19126